UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Case No. 19-11031-TPA |
|    Christopher E. Lamb | : Chapter 13 |
|             Debtor | : |
| Christopher E. Lamb, | : |
|       Movant | : |
|   vs. | : Document No. |
| Ronda J. Winnecour, Esquire, | : |
| Chapter 13 Trustee, | : |
|       Respondent | : |

## CERTIFICATE OF SERVICE

I, Rebeka A. Seelinger Esquire, certify under penalty of perjury that I served, or caused to be served, a true and correct copy of the debtor's Motion to Employ Special Counsel, together with Notice of Hearing and Response Deadline, on the parties listed below on January 2, 2020, by regular First Class United States Mail or other method as described below.

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh PA 15222
(Via CM/ECF)

Ronda J. Winnecour, Esquire
3250 U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219
(Via CM/ECF)

(Via US Mail)
ACL
1526 Peach Street
Erie, PA 16501

Americo Federal Credit Union
4108 Main St
Erie, PA 16511

Ashwini Rojiwadia, Esquire
Zwicker & Associates, PC
3220 Tillman Drive
Bensalem, PA 19020

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Citibank
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179

Discover Financial
Attn: Bankruptcy Department
Po Box 15316
Wilmington, DE 19850

Internal Revenue Service
PO Box 21125
Philadelphia, PA 19114

LVNV Funding/Resurgent Capital
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603

Midland Mortgage Co
Attn: Customer Service/Bankruptcy
Po Box 26648
Oklahoma City, OK 73216

Northwest Bank
Attn: Bankruptcy
Po Box 128
Warren, PA 16365

Sunrise Credit Services, Inc.
Attn: Bankruptcy
260 Airport Plaza
Farmingdale, NY 11735

Synchrony/CareCredit
Attn: Bankruptcy
Po Box 965061
Orlando, FL 32896

UPMC Hamot
201 State Street
Erie, PA 16550

Verizon Wireless
Attn: Bankruptcy
500 Technology Dr, Ste 550
Weldon Spring, MO 63304

Date: January 2, 2020 /s/ Rebeka A. Seelinger
Rebeka A. Seelinger, Esquire  Pa. I.D. #93897
4640 Wolf Rd
Erie, PA 16505
(814)-824-6670
E-Mail: rebeka@seelingerlaw.com
Counsel for Debtor