UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Case No. 19-11031-TPA |
| Christopher E. Lamb | : Chapter 13 |
| Debtor | : |
| | |
| Christopher E. Lamb, | : Related to Doc. No. 30 |
| Movant | : |
| vs. | : Document No. |
| Ronda J. Winnecour, Esquire, | : |
| Chapter 13 Trustee, | : |
| Respondent | : |

## CERTIFICATION OF NO RESPONSE REGARDING DEBTOR'S MOTION TO EMPLOY SPECIAL COUNSEL

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Debtor's motion to employ special counsel filed on January 3, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections for the Motion were to be filed and served no later than January 19, 2020.

It is hereby respectfully requested that the Order attached to the motion to employ special counsel be entered by the Court.

Dated: January 21, 2020

By: /s/ Rebeka A. Seelinger, Esquire
Rebeka A. Seelinger, Esquire
Pa. I.D. #93897
4640 Wolf Road
Erie, PA 16505
(814)-824-6670
E-Mail: rebeka@seelingerlaw.com
Counsel for Debtor