# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy Case No. 19-11031-TPA** |
| | : | |
| **Christopher E. Lamb** | : | **Chapter 13** |
| *Debtor* | : | |
| | : | **Related to Claim No. 12** |
| | : | |
| **Midfirst Bank** | : | |
| *Movant* | : | **Document No.** |
| | : | |
| **V.** | : | |
| | : | |
| **Christopher E. Lamb and** | : | |
| **Ronda J. Winnecour, Esq. Trustee** | : | |
| *Respondents* | : | |

## **DECLARATION**

Upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **Midfirst Bank as to claim No. 12** in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely **ESCROW PAYMENTS of $232.34** effective 06/01/2022. (The plan is paying the principal and interest at modified terms to result in full payment of the loan during the plan term.)

Dated: April 19, 2022

By     /s/ Rebeka A. Seelinger  Esquire
Rebeka A. Seelinger, Esquire
Pa. I.D. #93897
4640 Wolf Rd
Erie, PA 16505
(814)-824-6670
E-Mail: rebeka@seelingerlaw.com