# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| In Re: | : | Bankruptcy Case No. 19-11031-GLT |
| | : | |
| **Christopher E. Lamb** | : | Chapter 13 |
| *Debtor* | : | |
| | : | Related to Claim No. 12 |
| | : | |
| **Midfirst Bank** | : | |
| *Movant* | : | Document No. |
| | : | |
| V. | : | |
| | : | |
| **Christopher E. Lamb and** | : | |
| **Ronda J. Winnecour, Esq. Trustee** | : | |
| *Respondents* | : | |

## **DECLARATION**

Upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **Midfirst Bank as to claim no. 12** in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely **ESCROW PAYMENTS of $223.33** effective 05/01/2023. (The plan is paying the principal and interest at modified terms to result in full payment of the loan during the plan term.)

Dated: March 31, 2023

By  /s/ Rebeka A. Seelinger Esquire
Rebeka A. Seelinger, Esquire
Pa. I.D. #93897
4640 Wolf Rd
Erie, PA 16505
(814)-824-6670
E-Mail: rebeka@seelingerlaw.com