FORM JCM 13-9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Christopher E. Lamb | : | Case No. 19-11031 JCM |
| *Debtor.* | : | |
| Seelinger Law Corporation | : | Chapter 13 |
| *Movant,* | : | |
| v. | : | Related to Doc. No. ____ |
| | : | |
| No Respondents. | : | |
| | : | |

## <u>ORDER</u>

**AND NOW**, this ____ day of _____, 20__, it is hereby **ORDERED, ADJUDGED, and DECREED** that:

1.      The *Application for Compensation* is **GRANTED** in the amount of $3,935 in fees and $0 in costs for services performed by Counsel for the Debtor for the period between August 9, 2019 and August 15, 2024.

2.      The total amount of compensation, including the no-look fee, the amount set forth in Paragraph 1, above, and all other approved applications in this case amounts to $7,935 in fees and $500 in costs.

3.      A total of $3,935 in compensation remains due.

4.      The total compensation due set forth in Paragraph 3 may only be paid through the Chapter 13 Plan ("Plan") if Payment of the fees does not decrease the percentage or amount to be paid to other creditors through the Plan.

5.      If the Trustee has funds on hand after the goals of the Plan are achieved, the Trustee shall make payment to the Movant of the amount stated in Paragraph 3, otherwise, Debtor(s) must amend(s) the Plan within 14 days from the date of this Order.

BY THE COURT:

_____
John C. Melaragno, Judge
United States Bankruptcy Court