IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-11031 JCM |
|     Christopher E. Lamb | : | |
|     Debtor | : | |
| | : | Chapter 13 |
| | : | |
| Seelinger Law Corporation | : | |
|     Movant | : | Document No. |
|     v. | : | |
| | : | |
| | : | Hearing Date and Time |
| No Respondent | : | **September 10, at 1:30 pm** |

## <u>CERTIFICATE OF NO OBJECTION REGARDING APPLICATION FOR FINAL  COMPENSATION AS COUNSEL FOR DEBTOR</u>

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Application of Seelinger Law Corp. for final compensation as counsel for the debtor filed on August 15, 2024, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon.

Pursuant to the Notice of Hearing on Professional Fees in Chapter 13 on behalf of Seelinger Law Corp, objections to the Application were to be filed and served no later than September 2, 2024

It is hereby respectfully requested that the Order attached to the Application of Seelinger Law Corp. for final compensation as counsel for the debtor be entered.

September 3, 2024

/s/ Rebeka Seelinger
Rebeka Seelinger, Esquire
PA I.D. 93897
Attorney for Debtor/Movant
SEELINGER LAW
CORPORATION
4640 Wolf Rd
Erie PA 16505
(814) 824 6670, rebeka@seelingerlaw.com