IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
  Christopher E. Lamb               :      Case No. 19-11031 JCM
          *Debtor.*                 :
  Seelinger Law Corporation       :      Chapter 13
          *Movant,*               :
      v.                             :      Related to Doc. No. 55
                               :
  No Respondents.               :

## ORDER

**AND NOW**, this 4th day of September, 2024, it is hereby **ORDERED, ADJUDGED, and DECREED** that:

    1.     The *Application for Compensation* is **GRANTED** in the amount of $3,935 in fees and $0 in costs for services performed by Counsel for the Debtor for the period between August 9, 2019 and August 15, 2024.

    2.     The total amount of compensation, including the no-look fee, the amount set forth in Paragraph 1, above, and all other approved applications in this case amounts to $7,935 in fees and $500 in costs.

    3.     A total of $3,935 in compensation remains due.

    4.     The total compensation due set forth in Paragraph 3 may only be paid through the Chapter 13 Plan ("Plan") if Payment of the fees does not decrease the percentage or amount to be paid to other creditors through the Plan.

    5.     If the Trustee has funds on hand after the goals of the Plan are achieved, the Trustee shall make payment to the Movant of the amount stated in Paragraph 3, otherwise, Debtor(s) must amend(s) the Plan within 14 days from the date of this Order.

BY THE COURT:

SIGNED
9/4/24 11:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____jlm
John C. Melaragno, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11031-JCM |
| Christopher E. Lamb | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 1 |
| Date Rcvd: Sep 04, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher E. Lamb, 460 West 7th Street, Erie, PA 16502-1329 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 06, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com |
| Edwin W. Smith | on behalf of Creditor Americo FCU esmith@shapiralaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Christopher E. Lamb rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5