UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Case No. 19-11031 JCM |
|     Christopher E. Lamb | : Chapter 13 |
|         Debtor | : |
| | : |
| Christopher E. Lamb | : |
|         Movant | : Document No. |
|     vs. | : |
| Ronda J. Winnecour, Esquire | : |
| Chapter 13 Trustee, | : |
|         Respondent | : |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments the Chapter 13 Plan requires.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On November 1, 2019 at docket number 23, the Debtor complied with Federal Rule of Bankruptcy Procedure (c) by filing *Certifications of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificates of Completion* attached to the forms.

This Certification is being signed under penalty of perjury by the Debtor's undersigned counsel who duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: October 1, 2024                             By: /s/ Rebeka A. Seelinger
                                                                                         Rebeka A. Seelinger, Esquire
                                                                                         SEELINGER LAW
                                                                                         Attorney for Debtor
                                                                                         PA ID #93897
                                                                                         4640 Wolf Road
                                                                                         Erie, PA 16505
                                                                                         (814) 824-6670
                                                                                         rebeka@seelingerlaw.com

**PAWB Local Form 24 (07/13)**