IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Christopher E. Lamb<br><br>        Debtor(s)<br><br>Ronda J. Winnecour, Chapter 13 Trustee<br><br>        Movant(s)<br><br>        vs.<br><br>Christopher E. Lamb and Americo FCU<br><br>        Respondent(s) | Case No. 19-11031-JCM<br>Chapter 13<br><br><br><br><br><br>Related to Claim 6-2 |

## CONSENT ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of the Motion for Order of Court Approving Termination of Payments to Creditor Based on Refund of Payment, the Motion is hereby DENIED. The Trustee is directed to again forward the amount that was incorrectly refunded of $121.81 to the Creditor. The Trustee is also directed to recommence and continue payments in accordance with the plan as approved.

 

                                                                                                 _____
                                                                                                  United States Bankruptcy Court

Stipulated to and Consented By:

| | |
|---|---|
|     /s/ Edwin W. Smith<br>Edwin W. Smith, Esq.<br>Attorney for Americo FCU<br>300 State Street, Suite 300<br>Erie, PA 16507<br>(814) 456-5301<br>esmith@marshlaw.com<br><br>    /s/ Rebeka A. Seelinger<br>Rebeka A. Seelinger<br>Attorney for Debtor<br>4640 Wolf Road<br>Erie, PA 16505<br>(814) 824-6670<br>rebeka@seelingerlaw.com |     /s/ Owen Katz<br>Owen Katz, Staff Attorney<br>Office of Chapter 13 Trustee<br>U.S. Steel Tower, Suite 3250<br>600 Grant Street<br>Pittsburgh, PA 15219<br>(412) 471-5566 x 3124<br>okatz@chapter13trusteewdpa.com |