**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　CHRISTOPHER E. LAMB | Case No.19-11031JCM |
| Debtor(s)<br>Ronda J. Winnecour, Trustee<br>　Movant<br>　　vs.<br>CHRISTOPHER E. LAMB | Chapter 13 |
| | Document No.　66 |
| Respondents | |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___5th___ day of December, 20__24__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Erie Hard Chrome Inc
Attn: Payroll Manager
1570 E 12Th St
Erie, PA 16511

is hereby ordered to immediately terminate the attachment of the wages of CHRISTOPHER E. LAMB, social security number XXX-XX-4222. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of CHRISTOPHER E. LAMB.

cc: Debtor(s)
　　Debtor(s) Attorney

BY THE COURT:

_____jlm_____
JOHN C. MELARAGNO
UNITED STATES BANKRUPTCY JUDGE

SIGNED
12/5/24 11:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11031-JCM |
| Christopher E. Lamb | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 1 |
| Date Rcvd: Dec 05, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2024:**

**Recip ID         Recipient Name and Address**
db              + Christopher E. Lamb, 460 West 7th Street, Erie, PA 16502-1329

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 07, 2024            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com |
| Edwin W. Smith | on behalf of Creditor Americo FCU esmith@shapiralaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Christopher E. Lamb rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5