**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CHRISTOPHER E. LAMB<br><br>        Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>        vs.<br>No Respondents. | Case No.:19-11031<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 28, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/11/2019 and confirmed on 11/21/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 74,658.40 |
| Less Refunds to Debtor | 31.08 | |
| TOTAL AMOUNT OF PLAN FUND | | 74,627.32 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 7,435.00 | |
|    Trustee Fee | 3,830.49 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,265.49 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NORTHWEST BANK* | 0.00 | 12,358.46 | 0.00 | 12,358.46 |
|     Acct: 3647 | | | | |
|   AMERICO FCU | 8,500.00 | 8,500.00 | 1,153.28 | 9,653.28 |
|     Acct: 0596 | | | | |
|   MIDFIRST BANK SSB* | 20,696.15 | 20,696.15 | 3,526.71 | 24,222.86 |
|     Acct: 4564 | | | | |
| | | | | 46,234.60 |
| **Priority** | | | | |
|   REBEKA A SEELINGER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTOPHER E. LAMB | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTOPHER E. LAMB | 31.08 | 31.08 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SEELINGER LAW CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   REBEKA A SEELINGER ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   REBEKA A SEELINGER ESQ | 3,935.00 | 3,935.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX5-24 | | | | |
|   INTERNAL REVENUE SERVICE* | 1,370.02 | 1,370.02 | 0.00 | 1,370.02 |
|     Acct: 4222 | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 13,110.28 | 0.00 | 13,110.28 |
|     Acct: 4564 | | | | |
| | | | | 14,480.30 |
| **Unsecured** | | | | |
|   ACL LABS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1875 | | | | |
|   JPMORGAN CHASE BANK NA S/B/M/T CHA | 10,306.17 | 388.75 | 0.00 | 388.75 |
|     Acct: 5451 | | | | |
|   LVNV FUNDING LLC | 11,900.41 | 448.88 | 0.00 | 448.88 |

19-11031                                                                                        Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 9663 | | | | |
|    DISCOVER BANK(*) | 9,722.65 | 366.74 | 0.00 | 366.74 |
| Acct: 2917 | | | | |
|    LVNV FUNDING LLC, ASSIGNEE | 22,577.33 | 851.62 | 0.00 | 851.62 |
| Acct: 9872 | | | | |
|    AT & T MOBILITY II LLC | 6,709.22 | 253.07 | 0.00 | 253.07 |
| Acct: 9820 | | | | |
|    SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4313 | | | | |
|    UPMC HEALTH SERVICES | 2,967.29 | 111.93 | 0.00 | 111.93 |
| Acct: 4222 | | | | |
|    VERIZON BY AMERICAN INFOSOURCE AS | 1,231.01 | 46.43 | 0.00 | 46.43 |
| Acct: 0001 | | | | |
|    INTERNAL REVENUE SERVICE* | 40.21 | 1.52 | 0.00 | 1.52 |
| Acct: 4222 | | | | |
|    AMERICO FCU | 4,529.07 | 170.84 | 0.00 | 170.84 |
| Acct: 0596 | | | | |
|    UPMC PHYSICIAN SERVICES | 189.43 | 7.15 | 0.00 | 7.15 |
| Acct: 4222 | | | | |
|    SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4313 | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    ZWICKER AND ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 2,646.93 |
| **TOTAL PAID TO CREDITORS** | | | | 63,361.83 |

TOTAL CLAIMED
PRIORITY         1,370.02
SECURED         29,196.15
UNSECURED      70,172.79

Date: 01/28/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   CHRISTOPHER E. LAMB

           Debtor(s)

   Ronda J. Winnecour
           Movant
       vs.
   No Repondents.

Case No.:19-11031

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11031-JCM |
| Christopher E. Lamb | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Jan 29, 2025 | Form ID: pdf900 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher E. Lamb, 460 West 7th Street, Erie, PA 16502-1329 |
| cr | + | Americo FCU, 4101 Main Street, Erie, PA 16511-1967 |
| sp | + | Michael W. Harmon, Shapira, Hutzelman & Smith, 305 West Sixth Street, Erie, PA 16507-1244 |
| 15138193 | + | ACL, 1526 Peach Street, Erie, PA 16501-2110 |
| 15138194 | + | Americo Federal Cred, 4108 Main St, Erie, PA 16511-1968 |
| 15161163 | + | Americo Federal Credit Union, 4101 Main Street, Erie, PA 16511-1967 |
| 15138195 | #+ | Ashwini Rojiwadia, Esquire, Zwicker & Associates, PC, 3220 Tillman Drive, Bensalem, PA 19020-2028 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2025 00:58:23 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15138196 | + | Email/Text: g17768@att.com | Jan 30 2025 00:13:00 | AT&T, PO Box 6416, Carol Stream, IL 60197-6416 |
| 15170123 | + | Email/Text: g17768@att.com | Jan 30 2025 00:13:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 15138198 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2025 00:42:04 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15138199 | | Email/Text: mrdiscen@discover.com | Jan 30 2025 00:13:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15140202 | | Email/Text: mrdiscen@discover.com | Jan 30 2025 00:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15138200 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 30 2025 00:14:00 | Internal Revenue Service, PO Box 21125, Philadelphia, PA 19114 |
| 15138197 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 30 2025 00:18:39 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15151289 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 30 2025 00:14:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15145883 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2025 00:29:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15138201 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2025 01:19:42 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC |

Case 19-11031-JCM   Doc 73   Filed 01/31/25   Entered 02/01/25 00:31:51   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2025 | Form ID: pdf900 | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 29603-0497 |
| 15172252 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 30 2025 00:18:15 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15138202 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 30 2025 00:30:25 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 15138203 | + | Email/Text: angela.abreu@northwest.com | Jan 30 2025 00:13:00 | Northwest Bank, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |
| 15138204 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Jan 30 2025 00:14:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 15138776 | ^ | MEBN | Jan 30 2025 00:05:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15138205 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2025 00:29:29 | Synchrony/CareCredit, Attn: Bankruptcy, Po Box 965061, Orlando, FL 32896-5061 |
| 15138206 | + | Email/Text: BankruptcyNotice@upmc.edu | Jan 30 2025 00:16:00 | UPMC Hamot, 201 State Street, Erie, PA 16550-0001 |
| 15168546 | | Email/Text: BNCnotices@dcmservices.com | Jan 30 2025 00:14:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15168660 | | Email/Text: BNCnotices@dcmservices.com | Jan 30 2025 00:14:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15166395 | | Email/PDF: ebn_ais@aisinfo.com | Jan 30 2025 00:29:41 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15138207 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 30 2025 00:13:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| 15138208 | *+ | ACL, 1526 Peach Street, Erie, PA 16501-2110 |
| 15138211 | *+ | AT&T, PO Box 6416, Carol Stream, IL 60197-6416 |
| 15138209 | *+ | Americo Federal Cred, 4108 Main St, Erie, PA 16511-1968 |
| 15138210 | *+ | Ashwini Rojiwadia, Esquire, Zwicker & Associates, PC, 3220 Tillman Drive, Bensalem, PA 19020-2028 |
| 15138213 | *+ | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15138214 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15138215 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 21125, Philadelphia, PA 19114 |
| 15138212 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15138216 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15138217 | *+ | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 15138218 | *+ | Northwest Bank, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |
| 15138219 | *+ | Sunrise Credit Services, Inc., Attn: Bankruptcy, 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 15138220 | *+ | Synchrony/CareCredit, Attn: Bankruptcy, Po Box 965061, Orlando, FL 32896-5061 |
| 15138221 | *+ | UPMC Hamot, 201 State Street, Erie, PA 16550-0001 |
| 15138222 | *+ | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 1 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2025 | Form ID: pdf900 | Total Noticed: 29 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com |
| Edwin W. Smith | on behalf of Creditor Americo FCU esmith@shapiralaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Christopher E. Lamb rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5