| Information to identify the case: | | |
|---|---|---|
| **Debtor 1** | Christopher E. Lamb<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4222<br>EIN   _ _–_ _ _ _ _ _ _ |
| **Debtor 2**<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 19–11031–JCM | |

# Order of Discharge                                      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Christopher E. Lamb

<u>3/18/25</u>                                              **By the court:** <u>John C Melaragno</u>
                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Christopher E. Lamb  
    Debtor

Case No. 19-11031-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3  
Date Rcvd: Mar 18, 2025      Form ID: 3180W      Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher E. Lamb, 460 West 7th Street, Erie, PA 16502-1329 |
| cr | + | Americo FCU, 4101 Main Street, Erie, PA 16511-1967 |
| sp | + | Michael W. Harmon, Shapira, Hutzelman & Smith, 305 West Sixth Street, Erie, PA 16507-1244 |
| 15138193 | + | ACL, 1526 Peach Street, Erie, PA 16501-2110 |
| 15138194 | + | Americo Federal Cred, 4108 Main St, Erie, PA 16511-1968 |
| 15161163 | + | Americo Federal Credit Union, 4101 Main Street, Erie, PA 16511-1967 |
| 15138195 | #+ | Ashwini Rojiwadia, Esquire, Zwicker & Associates, PC, 3220 Tillman Drive, Bensalem, PA 19020-2028 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 19 2025 04:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 19 2025 00:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 19 2025 04:12:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 19 2025 00:26:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Mar 19 2025 04:12:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15138196 | + | EDI: ATTWIREBK.COM | Mar 19 2025 04:12:00 | AT&T, PO Box 6416, Carol Stream, IL 60197-6416 |
| 15170123 | + | EDI: ATTWIREBK.COM | Mar 19 2025 04:12:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 15138197 | + | EDI: JPMORGANCHASE | Mar 19 2025 04:12:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15138198 | + | EDI: CITICORP | Mar 19 2025 04:12:00 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15138199 | | EDI: DISCOVER | | |

Case 19-11031-JCM   Doc 76   Filed 03/20/25   Entered 03/21/25 00:31:13   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 18, 2025 | Form ID: 3180W | Total Noticed: 31 |

| Recip ID | Bypass | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 19 2025 04:12:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15140202 | | EDI: DISCOVER | Mar 19 2025 04:12:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15138200 | | EDI: IRS.COM | Mar 19 2025 04:12:00 | Internal Revenue Service, PO Box 21125, Philadelphia, PA 19114 |
| 15151289 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 19 2025 00:24:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15145883 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2025 00:29:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15138201 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2025 00:28:35 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15172252 | + | Email/Text: bkmail@midfirst.com | Mar 19 2025 00:24:00 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15138202 | + | Email/Text: bkmail@midfirst.com | Mar 19 2025 00:24:00 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 15138203 | + | Email/Text: angela.abreu@northwest.com | Mar 19 2025 00:24:00 | Northwest Bank, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |
| 15138204 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Mar 19 2025 00:24:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 15138776 | ^ | MEBN | Mar 19 2025 00:18:08 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15138205 | + | EDI: SYNC | Mar 19 2025 04:12:00 | Synchrony/CareCredit, Attn: Bankruptcy, Po Box 965061, Orlando, FL 32896-5061 |
| 15138206 | + | Email/Text: BankruptcyNotice@upmc.edu | Mar 19 2025 00:27:00 | UPMC Hamot, 201 State Street, Erie, PA 16550-0001 |
| 15168546 | | Email/Text: BNCnotices@dcmservices.com | Mar 19 2025 00:25:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15168660 | | Email/Text: BNCnotices@dcmservices.com | Mar 19 2025 00:25:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15166395 | | EDI: AIS.COM | Mar 19 2025 04:13:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15138207 | + | EDI: VERIZONCOMB.COM | Mar 19 2025 04:12:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| 15138208 | *+ | ACL, 1526 Peach Street, Erie, PA 16501-2110 |
| 15138211 | *+ | AT&T, PO Box 6416, Carol Stream, IL 60197-6416 |
| 15138209 | *+ | Americo Federal Cred, 4108 Main St, Erie, PA 16511-1968 |
| 15138210 | *+ | Ashwini Rojiwadia, Esquire, Zwicker & Associates, PC, 3220 Tillman Drive, Bensalem, PA 19020-2028 |
| 15138212 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15138213 | *+ | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15138214 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15138215 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA |

Case 19-11031-JCM    Doc 76    Filed 03/20/25    Entered 03/21/25 00:31:13    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 18, 2025 | Form ID: 3180W | Total Noticed: 31 |

|  |  |  |
|---|---|---|
|  |  | 19101-7346, address filed with court:, Internal Revenue Service, PO Box 21125, Philadelphia, PA 19114 |
| 15138216 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15138217 | *+ | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 15138218 | *+ | Northwest Bank, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |
| 15138219 | *+ | Sunrise Credit Services, Inc., Attn: Bankruptcy, 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 15138220 | *+ | Synchrony/CareCredit, Attn: Bankruptcy, Po Box 965061, Orlando, FL 32896-5061 |
| 15138221 | *+ | UPMC Hamot, 201 State Street, Erie, PA 16550-0001 |
| 15138222 | *+ | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 1 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2025                              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2025 at the address(es) listed below:

**Name**          **Email Address**

Denise Carlon
                  on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com

Edwin W. Smith
                  on behalf of Creditor Americo FCU esmith@shapiralaw.com

Office of the United States Trustee
                  ustpregion03.pi.ecf@usdoj.gov

Rebeka Seelinger
                  on behalf of Debtor Christopher E. Lamb rebeka@seelingerlaw.com

Ronda J. Winnecour
                  cmecf@chapter13trusteewdpa.com

TOTAL: 5