# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
CHRISTOPHER E. LAMB

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.: 19-11031

Chapter 13

Document No.: 70

## ORDER OF COURT

AND NOW, this __18th__ day of __March__, 20__25__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

SIGNED
3/18/25 11:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

John C. Melaragno, Judge jlm
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-11031-JCM
Christopher E. Lamb  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1  User: auto  Page 1 of 3
Date Rcvd: Mar 18, 2025  Form ID: pdf900  Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher E. Lamb, 460 West 7th Street, Erie, PA 16502-1329 |
| cr | + | Americo FCU, 4101 Main Street, Erie, PA 16511-1967 |
| sp | + | Michael W. Harmon, Shapira, Hutzelman & Smith, 305 West Sixth Street, Erie, PA 16507-1244 |
| 15138193 | + | ACL, 1526 Peach Street, Erie, PA 16501-2110 |
| 15138194 | + | Americo Federal Cred, 4108 Main St, Erie, PA 16511-1968 |
| 15161163 | + | Americo Federal Credit Union, 4101 Main Street, Erie, PA 16511-1967 |
| 15138195 | #+ | Ashwini Rojiwadia, Esquire, Zwicker & Associates, PC, 3220 Tillman Drive, Bensalem, PA 19020-2028 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 19 2025 00:29:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15138196 | + | Email/Text: g17768@att.com | Mar 19 2025 00:24:00 | AT&T, PO Box 6416, Carol Stream, IL 60197-6416 |
| 15170123 | + | Email/Text: g17768@att.com | Mar 19 2025 00:24:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 15138197 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 19 2025 00:28:30 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15138198 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2025 00:41:12 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15138199 | | Email/Text: mrdiscen@discover.com | Mar 19 2025 00:24:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15140202 | | Email/Text: mrdiscen@discover.com | Mar 19 2025 00:24:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15138200 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 19 2025 00:25:00 | Internal Revenue Service, PO Box 21125, Philadelphia, PA 19114 |
| 15151289 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 19 2025 00:24:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15145883 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2025 00:41:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15138201 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2025 00:29:22 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC |

Case 19-11031-JCM   Doc 77   Filed 03/20/25   Entered 03/21/25 00:31:13   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 18, 2025 | Form ID: pdf900 | Total Noticed: 29 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 29603-0497 |
| 15172252 | + | Email/Text: bkmail@midfirst.com | Mar 19 2025 00:24:00 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15138202 | + | Email/Text: bkmail@midfirst.com | Mar 19 2025 00:24:00 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 15138203 | + | Email/Text: angela.abreu@northwest.com | Mar 19 2025 00:24:00 | Northwest Bank, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |
| 15138204 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Mar 19 2025 00:24:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 15138776 | ^ | MEBN | Mar 19 2025 00:17:40 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15138205 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 19 2025 00:29:09 | Synchrony/CareCredit, Attn: Bankruptcy, Po Box 965061, Orlando, FL 32896-5061 |
| 15138206 | + | Email/Text: BankruptcyNotice@upmc.edu | Mar 19 2025 00:27:00 | UPMC Hamot, 201 State Street, Erie, PA 16550-0001 |
| 15168546 | | Email/Text: BNCnotices@dcmservices.com | Mar 19 2025 00:25:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15168660 | | Email/Text: BNCnotices@dcmservices.com | Mar 19 2025 00:25:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15166395 | | Email/PDF: ebn_ais@aisinfo.com | Mar 19 2025 00:29:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15138207 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 19 2025 00:24:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| 15138208 | *+ | ACL, 1526 Peach Street, Erie, PA 16501-2110 |
| 15138211 | *+ | AT&T, PO Box 6416, Carol Stream, IL 60197-6416 |
| 15138209 | *+ | Americo Federal Cred, 4108 Main St, Erie, PA 16511-1968 |
| 15138210 | *+ | Ashwini Rojiwadia, Esquire, Zwicker & Associates, PC, 3220 Tillman Drive, Bensalem, PA 19020-2028 |
| 15138212 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15138213 | *+ | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15138214 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15138215 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 21125, Philadelphia, PA 19114 |
| 15138216 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15138217 | *+ | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 15138218 | *+ | Northwest Bank, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |
| 15138219 | *+ | Sunrise Credit Services, Inc., Attn: Bankruptcy, 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 15138220 | *+ | Synchrony/CareCredit, Attn: Bankruptcy, Po Box 965061, Orlando, FL 32896-5061 |
| 15138221 | *+ | UPMC Hamot, 201 State Street, Erie, PA 16550-0001 |
| 15138222 | *+ | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 1 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities

Case 19-11031-JCM    Doc 77    Filed 03/20/25    Entered 03/21/25 00:31:13    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-1 | User: auto | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Mar 18, 2025 | Form ID: pdf900 | Total Noticed: 29 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com |
| Edwin W. Smith | on behalf of Creditor Americo FCU esmith@shapiralaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Christopher E. Lamb rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5